UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Total Asset Recovery Services LLC, et al.,

                        Plaintiffs,        1:21-cv-02466 (ALC)

-against-        **ORDER**

Huddleston Capital Partners VIII LLC, et al.,

                       Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 19, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Notice of Substitution of Attorney from Defendants Kenneth Elder and G3 Analytics LLC filed on May 17, 2021. ECF No. 25. Having reviewed the submission, it appears deficient. Local Civil Rule 1.4 states: "Such an order [for withdrawal or displacement] may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien."

Accordingly, Defendants Kenneth Elder and G3 Analytics LLC are ORDERED to respond, addressing the deficiencies in the Notice of Substitution of Attorney, no later than **May 26, 2021**.

**SO ORDERED.**

**Dated:** May 19, 2021
**New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**