**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  May 27, 2021

---------------------------------------------------------------x

Total Asset Recovery Services LLC, et al.,  :
                                                      :

                      **Plaintiffs,**  :      **1:21-cv-02466 (ALC)**
                                                        :

          **-against-**  :       **ORDER**
                                                        :

Huddleston Capital Partners VIII LLC, et al.,  :
                                                      :

          **Defendants.**  :

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Notice of Substitution of Attorney from Defendants Kenneth

Elder and G3 Analytics LLC filed on May 17, 2021, *see* ECF No. 25, including affidavits filed on

May 19, 2021. *See* ECF No. 29. Having reviewed the submissions, the request to substitute counsel is

hereby **GRANTED**.

**SO ORDERED.**

**Dated:**  May 27, 2021
**New York, New York**

                                  _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**