```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 30, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**Total Asset Recovery Services LLC, et al.,**

           -against-   Plaintiffs,

**Huddleston Capital Partners VIII LLC, et al.,**

           Defendants.

-------------------------------------------------------------- x

**ORDER**

**1:21-CV-2466-ALC**

**ANDREW L. CARTER, JR., District Judge:**

     The Court is in receipt of Defendant Nolan Cooper's pre-motion conference letter, and Plaintiffs' response, in connection with Defendant Nolan Cooper's intended motion to dismiss. ECF Nos. 80, 81. Plaintiffs' response requests leave to file an omnibus opposition to Defendants Huddleston's, G3 and Elder's, and Cooper's motions to dismiss and to modify the current briefing schedule for those motions. ECF No. 81 at 3.

     Accordingly, Defendants Huddleston, G3, Elder, and Cooper are **ORDERED TO RESPOND** regarding the requested omnibus opposition and modified briefing schedule no later than **September 2, 2021**. Defendants may respond in a joint letter, if they so wish.

**SO ORDERED.**

**Dated:** August 30, 2021
 **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**