

Niall D. Ó Murchadha
nomurchadha@LundinPLLC.com

October 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/26/2021__

**BY E-MAIL & ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:  Total Asset Recovery Services LLC et al. v. Huddleston Capital Partners VIII LLC et al., Case No. 1:21-cv-02466-ALC

Dear Judge Carter:

This firm has appeared on behalf of Defendant Timothy Scrantom and has been given leave to make a motion to dismiss on Mr. Scrantom's behalf.  Unfortunately, I must now inform the Court that Mr. Scrantom passed away on October 19, 2021, in Charleston, South Carolina.  I therefore respectfully request that all proceedings involving Mr. Scrantom, including the motion to dismiss, be adjourned until at least 30 days after the formalities required by F.R.C.P. 25 have been complied with.

Respectfully submitted,

Niall D. Ó Murchadha

Request to adjourn **GRANTED**. Accordingly, the briefing schedule for Defendant Timothy Scrantom's intended motion to dismiss set forth in my October 12, 2021 Order, ECF No. 103, is hereby **ADJOURNED** *sine die*. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 106. The Court wishes to extend its condolences.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: October 26, 2021

Lundin PLLC | 405 Lexington Avenue, 26th Floor New York, NY 10174 | 212.541.2402