UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Total Asset Recovery Services, et al., | |
| Plaintiffs, | |
| -against- | 1:21-cv-2466 (ALC) |
| Huddleston Capital Partners VIII, LLC, et al., | **ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2022

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant Huddleston Capital Partners' motion to disqualify the Ferraro Firm is hereby **DENIED**. Opinion to follow. The Clerk of Court is directed to terminate the motion at ECF No. 74.

Dated:    3/31/2022
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**