**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
**Total Asset Recovery Services LLC, et al.,**
:
:
Plaintiffs,
:
:
-against-
:   **ORDER**
:
:   1:21-CV-2466-ALC
**Huddleston Capital Partners VIII LLC, et al.,**
:
:
Defendants.
:
:
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 26, 2022

**ANDREW L. CARTER, JR., District Judge:**

In accordance with the Parties' Stipulation & Agreement entered by this Court on March 31, 2022 at Dkt. 118, the Court approves the substitution of Deceased Defendant Timothy D. Scrantom, Esq. with Leigh Owen Wilkes, as Personal Representative of the Estate of Timothy Dillon Scrantom. **The Clerk of Court is respectfully directed to terminate the motion at Dkt. 112.**

The Court is in receipt of Defendant the Estate of Timothy D. Scrantom's ("Defendant" or "The Estate") pre-motion conference request in connection with his intended motion to dismiss the Amended Complaint, as well as Plaintiffs' response to same. Dkt. Nos. 121, 122.

Upon review of the submissions, Defendant's request for a pre-motion conference is **DENIED**. The request for leave to file the motion to dismiss, however, is **GRANTED**. The Estate and Plaintiffs are directed to comply with the following briefing schedule: **Estate's Brief: June 16, 2022; Plaintiffs' Opposition: July 7, 2022; Estate's Reply (if any): July 14, 2022.** **The Clerk of Court is also respectfully directed to terminate Dkt. No. 121.**

**SO ORDERED.**

**Dated:** May 26, 2022
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**